UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| STATE OF NEVADA and CLARK COUNTY, *ex rel.* DAVE PRATHER,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>3000 PARADISE ROAD, L.L.C.,<br><br>　　　　　Defendant. | Case No. 2:13-cv-02331-APG-GWF<br><br>**ORDER** |

　　　This matter is before the Court on Defendant's failure to file a Statement in Removal. The Minutes of the Court (#4) dated December 23, 2013, required the party removing the action to this court to file a Statement in Removal no later than fifteen (15) days of the minute order. To date, Defendant has not complied. Accordingly,

　　　**IT IS ORDERED** counsel for Defendant shall file a Statement in Removal which fully complies with the Minutes of the Court (#4) no later than **January 27, 2014**. Failure to comply may result in the issuance of an order to show cause why sanctions should not be imposed.

　　　DATED this 17th day of January, 2014.

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　GEORGE FOLEY, JR.
　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge