1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

8   STATE OF NEVADA and CLARK COUNTY,        )
    *ex rel.* DAVE PRATHER,                   )
9                                             )
                     Plaintiff,               )        Case No. 2:13-cv-02331-APG-GWF
10                                            )
    vs.                                       )        **ORDER**
11                                            )
    3000 PARADISE ROAD, L.L.C.,               )
12                                            )
                     Defendant.               )
13  _____ )

14         This matter is before the Court on the parties' failure to file a Joint Status Report.  The

15  Minutes of the Court dated December 23, 2013, required the parties to file a Joint Status Report

16  regarding removed action no later than January 25, 2014.  To date the parties have not complied.

17  Accordingly,

18         **IT IS ORDERED** counsel for the parties shall file a Joint Status Report no later than

19  **February 13, 2014,** which must:

20         1.      Set forth the status of this action, including a list of any pending motions and/or

21                 other matters which require the attention of this court.

22         2.      Include a statement by counsel of action required to be taken by this court.

23         3.      Include as attachments copies of any pending motions, responses and replies thereto

24                 and/or any other matters requiring the court's attention not previously attached to the

25                 notice of removal.

26  . . .

27  . . .

28  . . .

Failure to comply may result in the issuance of an order to show cause why sanctions should not be imposed.

DATED this 3rd day of February, 2014.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge

2